Decided October 14, 2003

JACQUELINE CABLE *v.* BIC CORPORATION ET AL.

The defendant's petition for certification for appeal from the Appellate Court, 79 Conn. App. 178 (AC 22840), is granted, limited to the following issue:

"Did the Appellate Court properly affirm the workers' compensation commissioner's decision?"

The Supreme Court docket number is SC 17080.

*Joseph J. Passaretti, Jr.*, in support of the petition.

Decided October 23, 2003